UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| VALERIE KLOOSTERMAN<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>METROPOLITAN HOSPITAL, dba University of Michigan Health - West, dba Metro Health - University of Michigan Health; RAKESH PAI, individually and in his official capacity as President, Medical Group & Chief Population Health Officer at University of Michigan Health-West; RHAE-ANN BOOKER, individually and in her official capacity as Vice President of Diversity, Equality, and Inclusion at University of Michigan Health-West; MARLA COLE, individually and in her official capacity as Director of Human Resources at University of Michigan Health-West; THOMAS PIERCE, individually and in his official capacity as Diversity, Equity & Inclusion Coordinator at University of Michigan Health-West; CATHERINE SMITH, individually and in her official capacity as a member of the Advanced Practice Providers' Council at University of Michigan Health-West<br><br>    Defendants -Appellees. | Court of Appeals No. 24-1398<br><br>Case No. 1:22-cv-00944<br>Hon. Jane M. Beckering |

---

**DEFENDANTS-APPELLEES METROPOLITAN HOSPITAL, DR. RAKESH PAI, MARLA COLE, THOMAS PIERCE AND CATHERINE SMITH'S MOTION TO STAY BRIEFING ON APPEAL**

NOW COME Defendants-Appellees, Metropolitan Hospital, d/b/a University of Michigan Health–West (UMHW), Dr. Rakesh Pai, Marla Cole, Thomas Pierce and Catherine Smith, by and through their attorneys, and for their Motion to Stay Briefing on Appeal pursuant to Fed. R. App. P. 26, Fed. R. App. P. 27, 6 Cir. R. 26, and 6 Cir. R. 27 state as follows:

1. In this appeal, Plaintiff-Appellant Valerie Kloosterman ("Plaintiff") seeks reversal of the district court's order compelling arbitration of all claims at issue in the case.

2. Dr. Rhae-Ann Booker, UMHW's former Vice President of Diversity, Equity, and Inclusion and one of the Defendants whose rights were determined by the district court judgment, died in or about February 2024 (weeks prior to the district court's ruling).

3. Plaintiff seeks now to advance the claims brought against Defendant Booker and has filed a Motion in the district court to substitute the late Defendant Booker's widower as the responsible party for claims brought against Defendant Booker in her individual capacity. (Ex. A).

4. Under Michigan law, defense counsel's authority to act for Defendant Booker ended with her death. *Wright v. Estate of Treichel*, 36 Mich. App. 33, 37; 193 N.W. 2d 394 (1971).

1

5. No appearance in this appeal has been filed on behalf of Defendant Booker or her successor.

6. Because Defendant Booker died before the district court's April 5, 2024, judgment was entered, Fed. R. App. P. 43 does not address the issue of substitution at the Court of Appeals.

7. If the successor to Defendant Booker is named in the district court, the rights of that party should be determined in this appeal with the rest of the parties.

8. Once a determination is made about Defendant Booker's successor in the district court, that party should be substituted in to the Court of Appeals so that the interests of that party are protected in this appeal and the rights of that party are not determined *in absentia.*

9. Consequently, all other Defendants-Appellees in this appeal request that the Court stay briefing until the successor issue is resolved and an order is entered.

WHEREFORE, Defendants-Appellees Metropolitan Hospital, d/b/a University of Michigan Health–West (UMHW), Dr. Rakesh Pai, Marla Cole, Thomas Pierce and Catherine Smith request that this Honorable Court stay briefing in this appeal until such time as either: (a) a party is officially substituted for Defendant Booker in the district court and in this appeal; or (b) the district court denies the request to substitute Defendant Booker's successor.

        Respectfully submitted,

        HALL, RENDER, KILLIAN, HEATH & LYMAN, PC

        /s/ Jonathon A. Rabin
        Jonathon A. Rabin (P57145)
        Larry R. Jensen (P60137)
        Attorneys for Defendants-Appellees Metropolitan Hospital, Pai, Cole, Pierce and Smith
        101 West Big Beaver Road, Suite 745
        Troy, MI 48084
        (248) 740-7505
        jrabin@hallrender.com
        ljensen@hallrender.com

Dated: June 17, 2024

## **CERTIFICATE OF COMPLIANCE**

This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) as it contains 418 words, excluding the parts of the motion exempted from the word count by Fed. R. App. P. 32(f) and 6th Cir. R. 32(b), as determined by the word count function in Microsoft Word for Microsoft 365 MSO.

Respectfully submitted,

HALL, RENDER, KILLIAN, HEATH & LYMAN, PC

 /s/ Jonathon A. Rabin
Jonathon A. Rabin (P57145)
Attorneys for Defendants-Appellants Metropolitan Hospital, Pai, Cole, Pierce and Smith
101 West Big Beaver Road, Suite 745
Troy, MI  48084
(248) 740-7505
jrabin@hallrender.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon counsel of record on this 17th Day of June, 2024.

    /s/ Jonathon A. Rabin
Jonathon A. Rabin (P57145)
101 West Big Beaver Road, Suite 745
Troy, MI 48084
(248) 740-7505
jrabin@hallrender.com

4886-4735-8152v2