UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

VALERIE KLOOSTERMAN

    Plaintiffs-Appellants,

v.

METROPOLITAN HOSPITAL, dba University of Michigan Health - West, dba Metro Health - University of Michigan Health; RAKESH PAI, individually and in his official capacity as President, Medical Group & Chief Population Health Officer at University of Michigan Health-West; RHAE-ANN BOOKER, individually and in her official capacity as Vice President of Diversity, Equality, and Inclusion at University of Michigan Health-West; MARLA COLE, individually and in her official capacity as Director of Human Resources at University of Michigan Health-West; THOMAS PIERCE, individually and in his official capacity as Diversity, Equity & Inclusion Coordinator at University of Michigan Health-West; CATHERINE SMITH, individually and in her official capacity as a member of the Advanced Practice Providers' Council at University of Michigan Health-West

    Defendants -Appellees.

Court of Appeals No. 24-1398

Case No. 1:22-cv-00944
Hon. Jane M. Beckering

---

**DEFENDANTS-APPELLEES METROPOLITAN HOSPITAL, DR. RAKESH PAI, MARLA COLE, THOMAS PIERCE AND CATHERINE SMITH'S MOTION TO WITHDRAW MOTION TO STAY BRIEFING ON APPEAL**

Defendants-Appellees hereby request that this Court deem withdrawn their Motion to Stay Briefing on Appeal (Document 31), as that Motion has been rendered moot by the withdrawal of Plaintiff's Motion to Substitute in the district court.

WHEREFORE, Defendants-Appellees Metropolitan Hospital, d/b/a University of Michigan Health–West (UMHW), Dr. Rakesh Pai, Marla Cole, Thomas Pierce and Catherine Smith request that this Honorable Court deem withdrawn their Motion to Stay Briefing on Appeal.

                              Respectfully submitted,

                              HALL, RENDER, KILLIAN, HEATH & LYMAN, PC

                              /s/ Jonathon A. Rabin
                              Jonathon A. Rabin (P57145)
                              Larry R. Jensen (P60137)
                              Attorneys for Defendants-Appellees Metropolitan Hospital, Pai, Cole, Pierce and Smith
                              101 West Big Beaver Road, Suite 745
                              Troy, MI  48084
                              (248) 740-7505
                              jrabin@hallrender.com
                              ljensen@hallrender.com

Dated: July 17, 2024

## **CERTIFICATE OF COMPLIANCE**

This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) as it contains 71 words, excluding the parts of the motion exempted from the word count by Fed. R. App. P. 32(f) and 6th Cir. R. 32(b), as determined by the word count function in Microsoft Word for Microsoft 365.

    Respectfully submitted,

    HALL, RENDER, KILLIAN, HEATH & LYMAN, PC

    /s/ Jonathon A. Rabin
    Jonathon A. Rabin (P57145)
    Attorneys for Defendants-Appellants Metropolitan Hospital, Pai, Cole, Pierce and Smith
    101 West Big Beaver Road, Suite 745
    Troy, MI 48084
    (248) 740-7505
    jrabin@hallrender.com
    ljensen@hallrender.com

Dated: July 17, 2024

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon counsel of record on this 17th Day of July, 2024.

 /s/ Jonathon A. Rabin
Jonathon A. Rabin (P57145)
101 West Big Beaver Road, Suite 745
Troy, MI  48084
(248) 740-7505
jrabin@hallrender.com

4862-2586-2097v1